# IN THE SUPREME COURT OF THE STATE OF NEVADA

LEBY ALAS-GOMEZ,
Petitioner,
vs.
BRIAN WILLIAMS, WARDEN,
Respondent.

No. 78670

FILED

MAY 1 3 2019

ELIZABETH BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This is an original pro se postconviction petition for a writ of habeas corpus in a criminal matter. Petitioner challenges the availability of work and education programs for the purposes of obtaining statutory good time credits. We decline to entertain the petition as it must be filed in the district court in the first instance. *See* NRAP 22; NRS 34.738. Accordingly, without deciding upon the merits of any claims raised, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.
Pickering

cc: Leby Alas-Gomez
Attorney General/Carson City

19-21535